No. 87–699. MARYLAND ET AL. *v.* ANDERSON. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–771. CLARK-COWLITZ JOINT OPERATING AGENCY *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 87–841. MISSISSIPPI *v.* DAVIS. Sup. Ct. Miss. Certiorari denied. JUSTICE WHITE would grant certiorari.